UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DAMNIEN JOHNSON,

    Defendant.

Case No. 2:19-cr-212
JUDGE EDMUND A. SARGUS, JR.

## ORDER

This matter arises on Defendant's Motion For Compassionate Release. (ECF No. 43). The Court learned recently that Johnson has already been released from confinement to a residential treatment program. Accordingly, the Court **DENIES** Defendant's motion as **MOOT**. (ECF No. 43)

    IT IS SO ORDERED.

5/1/2023
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE